UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-625 (PAM/JGL)

| | | |
|---|---|---|
| SCOTT ANDREW WITZKE,<br><br>Plaintiff,<br><br>v.<br><br>J. Earl Cudd, United States Magistrate Judge, in his individual capacity for money damages and in his official capacity for declaratory relief,<br><br>Defendant. | ) | **ORDER** |

Upon application of Defendant, no hearing hereon being deemed necessary, and for good cause shown, it is hereby

ORDERED that Defendant shall be, and hereby is, granted an extension of time to respond to the Complaint of Plaintiff to June 17, 2000.

Dated: May 15, 2000

JONATHAN G. LEBEDOFF
United States Magistrate Judge

MAY 16 2000
FILED ______
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______