UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Scott Andrew Witzke,

Civil File No. 00-625 (PAM/JGL)

Plaintiff,

v.

**ORDER**

J. Earl Cudd, United States Magistrate Judge, in his individual capacity for money damages and in his official capacity for declaratory relief,

Defendant.

---

This matter is before the Court upon Plaintiff's request for recusal of the judges of the District of Minnesota from this case. After carefully reviewing Plaintiff's submission, the Court grants Plaintiff's request. Another district judge within the Eighth Circuit will be appointed to preside over this matter.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Plaintiff's request for recusal (Clerk Doc. No. 2) is **GRANTED**; and
2. The Bench of the District of Minnesota is recused from the above captioned case.

Dated: Sept 29, 2000

Paul A. Magnuson
United States District Court Judge

FILED SEP 29 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK