RECEIVED
BY MAIL
OCT 10 2000
CLERK US DIST COURT
ST. PAUL, MN

# DESIGNATION OF DISTRICT JUDGE
# FOR SERVICE IN ANOTHER DISTRICT WITHIN HIS CIRCUIT

Civil 00-625

Pursuant to 28 U.S.C. § 292(b), I hereby designate the Honorable Michael J. Melloy, United States District Judge for the Northern District of Iowa, to hold court in the District of Minnesota in the matter of Scott Andrew Witzke v. J. Earl Cudd, Civil No. 00-625 (PAM/JGL), a case pending in the District of Minnesota. Judge Melloy is authorized to travel to the District of Minnesota as may be necessary to preside over this case and to see it through to completion.

Roger L. Wollman
Chief Judge
United States Court of Appeals for the
Eighth Circuit

October 2, 2000

FILED OCT 10 2000
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK

Pursuant to an Order of Recusal, this case is reassigned to Judge Michael J. Melloy from the Northern District of Iowa.

NEW CASE NUMBER 00-625 MJM

Use this case number for all further filings.