RECEIVED
BY MAIL
OCT 30 2000
CLERK US DIST COURT
ST. PAUL, MN

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-625(PAM/SRN)

| | | |
|---|---|---|
| SCOTT ANDREW WITZKE,<br><br>Plaintiff,<br><br>vs.<br><br>J. EARL CUDD, UNITED STATES MAGISTRATE JUDGE, in his individual capacity for money damages and in his official capacity for declaratory relief,<br>Defendants. | ) | **ORDER** |

There is currently pending before the Court two motions. First, the plaintiff has filed a motion requesting an order to secure the deposition of Magistrate Judge J. Earl Cudd. The defendant has also filed a motion requesting that discovery be stayed in this case.

Based upon this Court's review of the pleadings, the Court finds that it is appropriate that discovery be stayed, until the pending motion to dismiss can be ruled upon. If it is ultimately determined that the motion to dismiss is denied, the Court will then hold a scheduling conference with the parties and determine a discovery schedule.

FILED OCT 30 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

IT IS THEREFORE ORDERED the motion to take the deposition of Magistrate Judge J. Earl Cudd is denied.

IT IS FURTHER ORDERED that the motion for stay of discovery is granted.

Done and Ordered this 27th day of October, 2000.

Michael J. Melloy, Judge
Sitting By Designation