IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-625(MJM)

| | | |
|---|---|---|
| SCOTT ANDREW WITZKE, Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| J. EARL CUDD, UNITED STATES MAGISTRATE JUDGE, in his individual capacity for money damages and in his official capacity for declaratory relief, Defendant. | ) | |

The plaintiff has forwarded a letter to the Court in which he complains that he was not afforded an opportunity to respond to the government's motion to stay discovery. The Court was of the opinion that the motion to stay discovery and the motion to take the deposition of Magistrate Judge Cudd, which has been fully briefed, involved the same issues. In addition, Mr. Witzke had made several phone calls to the Chambers of the undersigned indicating that it was extremely important that the issue of the Cudd deposition be promptly decided. In any event, the Court will afford to Mr. Witzke an opportunity to file a resistance to the motion to stay discovery. If the Court believes that based upon the

NOV 09 2000
FILED
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK

resistance filed by Mr. Witzke that the original decision to stay discovery was entered erroneously, the Order will be reconsidered and set aside.

IT IS THEREFORE ORDERED that the plaintiff will be granted ten (10) days from the date of this order to file any resistance to the government's motion to stay discovery. In the event the Court believes that the plaintiff's resistance has merit, the previous Order entered granting the motion to stay discovery will be set aside.

Done and Ordered this 7th day of November, 2000.

Michael J. Melloy, Judge
Sitting By Designation