IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-625(MJM)

| | | |
|---|---|---|
| SCOTT ANDREW WITZKE,<br><br>Plaintiff,<br><br>vs.<br><br>J. EARL CUDD, UNITED STATES MAGISTRATE JUDGE, in his individual capacity for money damages and in his official capacity for declaratory relief,<br><br>Defendant. | ) | **ORDER** |

The plaintiff has filed a request that the Court reconsider its prior Order staying discovery in this case. The motion for reconsideration is denied.

This Court is of the opinion that discovery in this case should be stayed pending a resolution of the pending motion to dismiss, or alternatively, to grant summary judgment, filed by the defendant. Essentially, that motion raises the issue of judicial immunity. It appears to the Court that is an issue that can be resolved on the pleadings filed in this case, as well as the underlying files of this Court (that is, the District of Minnesota) relating to Mr. Witzke's supervised release revocation, imprisonment, and subsequent successful § 2255 proceeding.

FILED DEC 0 4 2000
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

In deciding the motion to dismiss and/or motion for summary judgment, this Court does not anticipate going beyond the pleadings and the Witzke files maintained by the United States District Court for the District of Minnesota. To the extent that the Court ultimately determines that it is necessary to go beyond the pleadings and the underlying files, Mr. Witzke will certainly be granted an opportunity to conduct any discovery which may be necessary in order to address those issues. However, the motion, as currently filed by the defendant, does not appear to go beyond any of the facts contained within the court files. Therefore, discovery is not necessary at this time to address the motion of the United States.

The Court intends to promptly rule upon the motion to dismiss based upon the motion as filed by the Assistant United States Attorney representing Magistrate Judge Cudd, and Mr. Witzke's resistance filed July 11, 2000.

IT IS THEREFORE ORDERED the motion to reconsider this Court's prior Order staying discovery is denied.

Done and Ordered this 1st day of December, 2000.

Michael J. Melloy, Judge
Sitting By Designation