# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Scott Andrew Witzke

Case No. Civil 00-625 MJM

v.

**JUDGMENT IN A CIVIL CASE**

J. Earl Cudd, United States Magistrate Judge

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that defendant's motion to dismiss is granted.

DATE: December 14, 2000

FRANCIS E. DOSAL, CLERK

Cynthia J. Francis, Deputy Clerk